# ZEMAN & WOMBLE, LLP

KEN WOMBLE  
20 VESEY STREET, RM 400  
NEW YORK, NY 10007

P (718) 514 - 9100  
F (917) 210 - 3700  
WOMBLE@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

---

**VIA ECF**　　　　　　　　　　　　　　　　　　　　　　　　　November 12, 2024  
Honorable Jesse M. Furman  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

**Re:  *United States v. Jaime Rivera*, 24 Cr. 206 (JMF)**

Dear Judge Furman:

     I represent Jaime Rivera in the above-entitled matter and submit this letter to respectfully request an adjournment of the sentencing currently scheduled for November 19, 2024 at 3pm, to November 20, 2024 at 11am. I have had a family matter arise that has created an issue with the currently scheduled sentencing and appreciate the Court's consideration of a brief adjournment.

     Accordingly, I request that Mr. Rivera's sentencing hearing be rescheduled to Wednesday, November 20, 2024 at 11am.

Respectfully submitted,

*Ken Womble*

Ken Womble  
Counsel for Jaime Rivera

Cc: AUSA Jacob Fiddelman

Application GRANTED. Sentencing is hereby RESCHEDULED to November 20, 2024, at 11:00 a.m.

SO ORDERED.

November 12, 2024