# ZEMAN & WOMBLE, LLP

KEN WOMBLE  
20 VESEY STREET, RM 400  
NEW YORK, NY 10007

P (718) 514 - 9100  
F (917) 210 - 3700  
WOMBLE@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

---

**Application GRANTED.**

**SO ORDERED.**

*[signature]*

November 12, 2024

(JMF)

**VIA ECF**  
Honorable Jesse M. Furman  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

November 12, 2024

Re:  *United States v. Jaime Rivera,* 24 Cr. 206 (~~EK~~)

Dear Judge Furman:

    I represent Jaime Rivera in the above-entitled matter and submit this letter to respectfully request a temporary modification to the conditions of Mr. Rivera's Pretrial release to allow Mr. Rivera to travel to the home of Pastor Nicholas Patterson (who submitted a letter of support on behalf of Mr. Rivera) in Gouldsboro, Pennsylvania on November 17, 2024. I have conferred with the government and Pretrial Services and neither object to this request.

    Mr. Rivera requests permission to travel from his home in New York City to the residence of Pastor Patterson, to attend a church service at 9am. Pastor Patterson will then hold a retreat style fellowship at his home for the remainder of the day to be followed by dinner. Mr. Rivera requests permission to leave Pastor Patterson's home on November 17, 2024 no later than 10:30pm.

    Accordingly, I request that the conditions of Mr. Rivera's bond be modified on November 17, 2024 to permit him to travel to and from Gouldsboro, Pennsylvania.

    Thank you for your consideration of this request.

                                                                      Respectfully submitted,

                                                                      Ken Womble  
                                                                      Counsel for Jaime Rivera

Cc: AUSA Jacob Fiddelman