UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

            Judgment Creditor,

   v.

JAIME RIVERA,

            Judgment Debtor,

and

THE CITY OF NEW YORK DEFERRED
COMPENSATION PLAN,

            Third-Party Respondent.

No. 24 CR 206 (JMF)

**TURNOVER ORDER**

---

    WHEREAS, on November 20, 2024, the Court entered judgment against JAIME RIVERA and ordered him to pay a $100 special assessment, $32,000 in restitution to the victim of his crime, and a $7,500 fine;

    WHEREAS, as of September 18, 2025, Rivera has paid only $50 toward his $100 special assessment, nothing toward his fine or restitution, and his unpaid balance is $39,550;

    WHEREAS, pursuant to 18 U.S.C. § 3613, upon entry of judgment, a lien arose on all property and rights to property of Rivera, notwithstanding any other federal law, and the United States may use any federal or state procedure to enforce the judgment;

    WHEREAS, pursuant to 18 U.S.C. § 3664(m), Federal Rule of Civil Procedure 69(a)(1) and N.Y. CPLR § 5222, the United States served a restraining notice on the City of New York Deferred Compensation Plan ("NYCDCP") for substantial nonexempt property belonging or due to Rivera;

    WHEREAS, on May 19, 2025, NYCDCP answered that it holds approximately $95,725, subject to market fluctuation, in a 457 Plan account belonging to Rivera;

WHEREAS the United States served Rivera with the restraining notice including the exclusive and limited exemptions available to criminal judgment debtors under 18 U.S.C. § 3613(a), and its motion for turnover order;

WHEREAS Rivera has a substantial nonexempt interest in the funds held by NYCDCP, to which the criminal judgment lien has attached, and the restrained funds are subject to turnover;

IT IS HEREBY ORDERED that NYCDCP shall liquidate securities as needed to pay to the Clerk of Court the full liquidated value, less any deductions required by law, from the nonexempt 457 Plan account it has in its possession, custody, or control belonging to or due the defendant-judgment debtor, JAIME RIVERA. *See* 18 U.S.C. § 3613; *United States v. Irving*, 452 F.3d 110, 126 (2d Cir. 2006) (affirming garnishment of retirement funds, holding that "the only property exempt from [18 U.S.C. § 3613] is that which the government could not reach for the payment of federal income taxes").

Payment should be made by cashier's check or certified funds to "Clerk of Court" with "No. 24 CR 206" written on the face of the payment and mailed to:

> United States District Court
> 500 Pearl Street, Room 120
> New York, New York 10007
> Attn: Cashier

The Clerk of Court is directed to terminate Doc. #45.

Dated: New York, New York
     September 26, 2025

SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

Turnover Order – Page 2